**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BARBARA MATSON,**
      **Plaintiff,**

v.                                           Case No. 5:23-cv-353-JA-PRL

**GOODWILL INDUSTRIES OF**
**CENTRAL FLORIDA, INC.,**
      **Defendant.**

**ORDER OF DISMISSAL**

The Court has been advised by the mediator that the above-styled action has been completely settled. (Mediation Report, Doc. 17).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** on January 22, 2024.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record